UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIAM BEDFORD GREENE,
JR.,

       Plaintiff,

      v.

Case No. 5:26-cv-110-KCD-PRL

MARION COUNTY SHERIFF,

       Defendant.

_____/

## **ORDER**

Plaintiff William Bedford Greene, Jr. filed this civil rights action against the Marion County Sheriff. (Doc. 1.) His request for leave to proceed *in forma pauperis* was taken under advisement pending the filing of an amended complaint that complied with the Federal Rules. (Doc. 5 at 4.) He was warned that his failure to comply with the order could result in dismissal (*Id*.) The deadline has now passed without any response from Greene.

Ignoring the Court's order is grounds for dismissal. *See Coleman v. St. Lucie Cnty. Jail*, 433 F. App'x 716, 718 (11th Cir. 2011). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff, in response to an order to show cause, fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its

docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962); *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985).

Greene was warned his case would be dismissed if he did not file an amended complaint or seek relief. His inaction warrants dismissal. Accordingly, it is now **ORDERED**:

1. Greene's complaint is **DISMISSED without prejudice** for failure to prosecute.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on June 2, 2026.

Kyle C. Dudek
United States District Judge

2